**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TAIMI MEGIVERN,

    Plaintiff,

v.

                                                              Case No. 2:11-cv-10026

GLACIER HILLS INC.,

    Defendant.
                                                     /

**ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION
TO COMPEL DOCUMENT PRODUCTION, EXTENDING DISCOVERY,
AND SETTING TELEPHONE CONFERENCE**

On October 11, 2011, Plaintiff filed a motion to compel production of documents responsive to two requests to produce that had been previously served on, and objected to by, Defendant.[1] At the direction of the court, Defendant filed a response on October 24, 2011. On October 25, 2011, the court conducted, on the record, a telephone conference regarding Plaintiff's motion. During the conference, Plaintiff's attorney agreed to narrow the disputed requests to produce, and counsel for both parties consented to a methodology for fulfilling the narrowed discovery requests within the next seven-to-ten days. Also during the conference, the court granted Plaintiff an extension of her deadline for responding to Defendant's pending motion for summary judgment, recognizing that she may wish to incorporate this additional discovery in her

---

[1] Though discovery in this case ended on October 7, 2011, both parties confirmed that Plaintiff served the disputed requests to produce in early September 2011, and Defendants responded with their objections on September 29, 2011. Therefore, the discovery requests at issue were timely, and the court is willing to extend the discovery period as necessary to resolve Plaintiff's motion.

response. Accordingly, for the reasons stated in this order and placed on the record at the October 25, 2011, telephone conference,

IT IS ORDERED that Plaintiff's "Motion to Compel Document Production" [Dkt. # 26] is TERMINATED AS MOOT in light of the parties' mutually agreeable resolution of the dispute underlying the motion.

IT IS FURTHER ORDERED that discovery in this case is EXTENDED for the limited purpose of allowing Defendant to collect and produce information and documents responsive to Plaintiff's requests to produce, as narrowed by agreement of the parties. Production shall be completed by **November 7, 2011**.

IT IS FURTHER ORDERED that the parties shall participate in a telephone conference on **November 8, 2011, at 11:00 a.m.** The court will place the telephone call. During the conference, the parties should be prepared to inform the court of their progress in completing the limited discovery allowed by this order and to discuss a briefing schedule for Defendant's motion for summary judgment.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: October 26, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-10026.MEGIVERN.TermMotCompelExtDiscSetTeleCon.set.wpd