**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TAIMI MEGIVERN,

    Plaintiff,

v.                                             Case No. 2:11-cv-10026

GLACIER HILLS INC.,

    Defendant.

_____/

**ORDER SETTING BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
AMENDING OCTOBER 13, 2011 NOTICE OF HEARING**

On November 28, 2011, the court conducted a telephone conference in the above-captioned matter. During the conference, the court discussed with the parties the briefing schedule and hearing date for Defendant's pending motion for summary judgment. Accordingly,

IT IS ORDERED that, by **December 12, 2011**, Plaintiff shall file a response to Defendant's "Motion for Summary Judgment" [Dkt. # 22]. If Defendant wishes to file a reply brief supporting its motion, it must do so by **December 19, 2011**.

IT IS FURTHER ORDERED that the court's October 13, 2011 "Notice of Hearing" [Dkt. # 27] is AMENDED. Counsel are DIRECTED to appear before the Honorable Robert H. Cleland, United States District Judge, on **January 25, 2012, at 2:00 p.m.**, in Room 712, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd.,

Detroit, Michigan 48226, for oral argument on Defendant's "Motion for Summary Judgment" [Dkt. # 22].

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: November 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2011, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522