UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAIMI MEGIVERN,

    Plaintiff,

v.        Case No. 11-10026

GLACIER HILLS INC.,

    Defendant.
                             /

**JUDGMENT**

In accordance with the court's February 17, 2012 "Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion to Compel,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Glacier Hills Inc. and against Plaintiff Taimi Megivern.  Dated at Detroit, Michigan, this 17th day of February, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                  BY: s/Lisa Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland